No. 451, MATHEUS, U. S. MARSHAL, v. UNITED STATES EX REL. CUNNINGHAM. Petition for certiorari submitted October 20, 1930. Decided October 27, 1930. *Per Curiam:* The petition for a writ of certiorari in this cause is granted. On consideration of the suggestion of the United States that this cause has abated, it is ordered that the judgments of the Circuit Court of Appeals for the Third Circuit and of the United States District Court for the Eastern District of Pennsylvania in this cause be, and the same are hereby, vacated, and the cause is remanded to the District Court with directions to dismiss the proceeding as abated. *United States ex rel. Claussen* v. *Curran, Commissioner of Immigration,* 276 U. S. 590. *Solicitor General Thacher* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for petitioner. *Messrs. Benjamin M. Golder* and *Ruby R. Vale* for respondent.

No. 21, original. Ex PARTE DAUGHERTY. Submitted October 27, 1930. Decided November 3, 1930. The motion for leave to file a petition for writ of mandamus is granted and a rule to show cause is ordered to issue. *Mr. Richard L. Merrick* for petitioner. See *post,* p. 809.